[8NPH] [Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                          Case No. 8:09−bk−27411−CED
                                                                                                Chapter 13
Cheryl Ann Snodgrass
2729 Nodosa Drive
Sarasota, FL 34232



            Debtor*            /

NOTICE OF PRELIMINARY HEARING

   NOTICE IS HEREBY GIVEN THAT:

   A preliminary hearing will be held in, Courtroom 10B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 on May 12, 2010 at 10:00 AM before the Honorable Caryl E. Delano , United States Bankruptcy Judge, to consider and act upon the following matter(s):

   Motion for Protective Order and/or to Quash Subpoenas for Rule 2004 Examination and for Attorneys' fees and costs (subpoenas to Debra Salisbury, Esq., Stephen H. Hillebrand, Esq. and Christina North, Esq.) (doc #50) and Motion for Protective Order and/or to Quash Subpoena for Rule 2004 Examination and for Attorney's Fees and Costs (Supoenas to Cheryl Snodgrass) Filed by R. John Cole II on behalf of Debtor Cheryl Ann Snodgrass (doc #51)

   Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

        DATED on April 29, 2010 .

                                                    FOR THE COURT
                                                    Lee Ann Bennett , Clerk of Court

                                                    Sam M. Gibbons United States Courthouse
                                                    801 North Florida Avenue, Suite 555
                                                    Tampa, FL 33602

        *All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8           User: jonesd                Page 1 of 2                   Date Rcvd: Apr 29, 2010
Case: 09-27411                 Form ID: 8nph               Total Noticed: 51

The following entities were noticed by first class mail on May 01, 2010.
db           +Cheryl Ann Snodgrass,    2729 Nodosa Drive,    Sarasota, FL 34232-4303
17348200      ACS,    PO Box 78844,    Phoenix, AZ 85062-8844
17348201     +Acs/nextstudent,    501 Bleecker St,    Utica, NY 13501-2401
17348202     +Alliance One,    1160 Centre Pointe Drive,    Suite 1,    Saint Paul, MN 55120-1270
17348204     +American Express,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
17348203     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
17669380     +American Student Assistance Guarantor,    100 Campbridge St,    Suite 1600,    Boston, MA 02114-2567
17348205     +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
17348206     +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
17348207     +Burdine's,    Attention: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
17348208     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
17348209     +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17348210      Citibank,    Po Box 769013,    San Antonio, TX 78245-9013
17492010      DEUTSCHE BANK,    C/O ACS,    P. O. BOX 22724,    LONG BEACH, CA 90801-5724
17371712      Department of Revenue,    PO Box 6668,    Tallahassee FL 32314-6668
17738576      Doctors Hospital of Sarasota,    c/o B-Line, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
17348211     +Doctors Hospital of Sarasota,    PO Box 99400,    Louisville, KY 40269-0400
17348212      Doctors Hospital of Sarasota,    PO Box 740743,    Cincinnati, OH 45274-0743
17924740     +ECMC,    P.O. Box 75906,    St. Paul, MN 55175-0906
17348213     +Excell Rehab,    389 Commercial Court,    Suite C,    Venice, FL 34292-1617
17906059     +FIA Card Services NA aka Bank of America,    By PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
17348214     +Gulf Coast Collection Bureau,    5630 Marquesas Circle,    Sarasota, FL 34233-3331
17348215      Gulf Coast Collection Bureau,    5630 Marquesas Cr,    Sarasota, FL 34233-3331
17348216     +H. Stephen Hillebrand, Esq.,    46 N. Washington Blvd.,    Suite 20,    Sarasota, FL 34236-5928
17348217      Harris N.A.,    PO Box 6201,    Carol Stream, IL 60197-6201
17371710    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
17348218     +Joseph Snodgrass,    3543 Plantation Dr.,    Sarasota, FL 34231-8520
17348219      Law Offices of,    David Stern, P.A.,    900 S. Pine Island Rd. #400,    Plantation, FL 33324-3920
17348222     +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
17348223     +National City Card Services,    PO Box 856177,    Louisville, KY 40285-6177
17348224      National City Mortgage,    PO Box 533510,    Atlanta, GA 30353-3510
17348226      National City Mortgage,    PO Box 856153,    Atlanta, GA 30353
17348225      National City Mortgage,    PO Box 865153,    Louisville, KY 40285-6153
17348227     +Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
17371711     +Office of US Attorney,    Attn Civil Process Clerk,    400 North Tampa St Suite 3200,
               Tampa FL 33602-4774
17477130     +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
17610132     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
               NORFOLK VA 23541-1067
17348228      Quest Diagnostics,    Post Office Box 740698,    Cincinnati, OH 45274-0698
17348229     +Sarasota Fire Fighters Benev,    PO Box 147,    Sarasota, FL 34230-0147
17348231     +Sarasota Memorial Hospital,    PO Box 863414,    Orlando, FL 32886-0001
17348230     +Sarasota Memorial Hospital,    1700 S Tamiami Tr,    Sarasota, FL 34239-3555
17348232      Sarasota Municiple Edu.,    PO Box 3080,    Tallahassee, FL 32315-3080
17348233     +Sarasota Pathology,    2001 Webber Street,    Sarasota, FL 34239-5288
17348234     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
The following entities were noticed by electronic transmission on Apr 29, 2010.
cr           +E-mail/Text: bknotice@ncmllc.com                              National Capital Management, LLC,
               8245 Tournament Drive, Ste. 230,    Memphis, TN 38125-1741
17348202     +E-mail/Text: roy.buchholz@allianceoneinc.com                             Alliance One,
               1160 Centre Pointe Drive,    Suite 1,    Saint Paul, MN 55120-1270
18094559     +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2010 02:04:28      Green Tree Servicing LLC,
               7360 S. Kyrene Rd,    Recovery Dept T120,    Tempe, AZ 85283-8432
17737394      E-mail/Text: resurgentbknotifications@resurgent.com                              LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17781781      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Chase Bank USA, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17348220     +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2010 02:04:28      Lowes,    PO Box 103104,
               Roswell, GA 30076-9104
17348221     +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2010 02:04:28      Lowes / MBGA,
               Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
17995639     +E-mail/Text: bknotice@ncmllc.com                              National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            DEUTSCHE BANK NATIONAL TRUST COMPANY
cr*          +ECMC,    P.O. Box 75906,    St. Paul, MN 55175-0906
cr*          +Joseph Snodgrass,    3543 Plantation Dr,    Sarasota, FL 34231-8520
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 113A-8          User: jonesd              Page 2 of 2              Date Rcvd: Apr 29, 2010
Case: 09-27411                Form ID: 8nph             Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2010**                    **Signature:**        _Joseph Speetjens_