# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

In re:

Cheryl Ann Snodgrass,

    Debtor(s).

CASE NO: 8:09-bk-27411-CED
CHAPTER 13 CASE

## NOTICE OF APPEARANCE

PNC Bank, National Association succcessor by merger to National City Real Estate Services, LLC successor by merger to National City Mortgage, Inc. f/k/a National City Mortgage Co. d/b/a Accubanc Mortgage, its Successors and/or Assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**WILLIAM E. GRANTMYRE, JR., ESQUIRE**
**LAW OFFICES OF DAVID J. STERN, P.A.**
**900 SOUTH PINE ISLAND ROAD, SUITE 400**
**PLANTATION, FL 33324-3920**

Dated this __11__ day of May, 2010.

    LAW OFFICES OF DAVID J. STERN, P.A.
    Attorney for Secured Creditor
    900 South Pine Island Road, Suite 400
    Plantation, FL 33324-3920
    Phone: (954) 233-8000/ Ext. 1191
    Fax:   (954) 233-8696

    /s/ William E. Grantmyre Jr., Esq.
    WILLIAM E. GRANTMYRE, JR.
    FBN 58721

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following

Cheryl Ann Snodgrass
2729 Nodosa Drive, Sarasota, FL 34232

Terry E. Smith, Trustee
Post Office Box 6099, Sun City Center, FL 33571

R. John Cole, II, Esq.
R. John Cole, II, PA
46 N Washington Boulevard, Suite 24, Sarasota, FL 34236


this ___11___ day of May, 2010.

                                          LAW OFFICES OF DAVID J. STERN, P.A.
                                          Attorney for Secured Creditor
                                          900 South Pine Island Road, Suite 400
                                          Plantation, FL 33324-3920
                                          Phone: (954) 233-8000/ Ext. 1191
                                          Fax:    (954) 233-8696


                                          /s/ William E. Grantmyre Jr., Esq.
                                          WILLIAM E. GRANTMYRE, JR.
                                          FBN 58721